Approved.
/s/ *Benita Y. Pearson* on 6/4/2026
United States District Judge

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| ANGELIQ SHANNON,<br><br>                  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>                  Defendant. | **Case No.:** 4:26-cv-00496<br><br>Honorable Benita Y. Pearson<br><br>Honorable Amanda M. Knapp<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Angeliq Shannon ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax.

//

1

RESPECTFULLY SUBMITTED on June 2, 2026

/s/ Adam Hubbi
Adam Hubbi, CA #359827
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1505
F: (480) 613-7733
E: ahubbi@consumerjustice.com

*Attorneys for Plaintiff*
*Angeliq Shannon*

/s/
David A. Wallace (0031356)
Tyler K. Ibom (0085928)
**CARPENTER LIPPS LLP**
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
(614) 365-4100 (Telephone)
(614) 365-9145 (Facsimile)
wallace@carpenterlipps.com
ibom@carpenterlipps.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**

/s/Amanda Dakroub

2